## D. ALLEN v. STATE.

No. A-378.    Opinion Filed February 6, 1911.

Appeal from Coal County Court; R. H. Wells, Judge.

D. Allen was convicted of the offense of practicing medicine and surgery without a license and certificate, and sentenced to pay a fine of one hundred dollars.

Cutler, Trice & McInnis, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.    The Attorney General confesses error in this case, for the reason, among others, that the testimony offered fails to show the commission of an offense.    From a careful examination of the record our conclusion is that the confession of error is well founded and should be approved and the judgment reversed.    The judgment is therefore reversed, and the cause remanded to the county court of Coal county, with direction to dismiss the case.